UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 2:16-CV-14542-ROSENBERG

GLORIA CALDAROLA,

    Plaintiff,

vs.

SANDPIPER PLAZA, INC.,
a Florida Corporation,

    Defendant.
_____/

**FINAL ORDER APPROVING CONSENT DECREE
AND REFERENCE TO U. S. MAGISTRATE JUDGE**

THIS CAUSE came before the Court on the Joint Request for Entry of Consent Decree and Reference to U. S. Magistrate Judge, and the Court having reviewed the pleadings and papers filed in this cause, being advised that the parties hereto seek the Court's approval of the Consent Decree entered into by the parties, it is hereby

**ORDERED AND ADJUDGED** that:

    1. This Court approves the Consent Decree and retains jurisdiction over this matter for the purpose of enforcement of the Consent Decree and for consideration of Plaintiff's Fee and Costs Application and an award thereon. In that regard, and pursuant to the Consent Decree and 28 U.S.C. § 636, this matter is referred to United States Magistrate Dave Lee Brannon for the sole purpose of determining the amount of attorney's and expert's fees, litigation expenses, and costs to be awarded Plaintiff's counsel and expert as set forth in the Consent Decree and for entry of final judgment thereon.

    2. This Court finds that the barrier removal modifications and policies and/or procedures contemplated by the Consent Decree and as required by this Order are reasonably feasible to address the ADA issues at the subject property.

3. Any pending motions are hereby **DENIED** as moot and this **CASE IS CLOSED**.

**DONE AND ORDERED** in Chambers, Fort Pierce, Florida, this 5th day of June, 2017.

*[signature: Robin L. Rosenberg]*

ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE